Beth K. Findsen (023205)
LAW OFFICE OF BETH K. FINDSEN, PLLC
7279 East Adobe Drive, Suite D-120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Appellants*

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUDITH M. RICH and VINCENT P. VITALE<br><br>    Appellants,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA, N.A. successor in interest to BAC HOME LOANS SERVICING, LP and BRYAN CAVE, LLP.<br><br>    Appellees | No. 14-17190<br><br>D.C. No. 2:11-cv-00511-PHX-DLR<br>District of Arizona,<br>Phoenix<br><br>**NOTICE OF RELATED CASE** |

There is a second case involving the same parties, 15-15885. The second case is Appellants' appeal of an adverse attorney fee award entered against them in D.C. No. 2:11-cv-00511-PHX-DLR.

RESPECTFULLY submitted this 22nd day of May 2015.

        LAW OFFICE OF BETH K. FINDSEN,

        By: /s/Beth K. Findsen
         Beth K. Findsen (023205)
         7279 East Adobe Drive, Suite 120
         Scottsdale, AZ 85255
         *Attorney for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that May 22, 2015, the attached document was electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Beth K. Findsen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28